IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAMERON CHRISP, | ) | 8:14CV344 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY JAIL, and | ) | |
| LANCASTER COUNTY, | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court for case management. On October 27, 2014, Plaintiff filed his Complaint (Filing No. 1) in this matter. He sued the Lancaster County Jail and the Saunders County Jail. On January 12, 2015, Plaintiff asked the court for leave to proceed against Defendants in two separate actions, one action against Lancaster County and the Lancaster County Jail, and the other action against Saunders County Jail and Saunders County. (*See* Filing Nos. 17 and 24.) The court granted Plaintiff's requests, and ordered that Plaintiff could proceed in this action against Lancaster County and Lancaster County Jail. (*See* Filing No. 26.) In addition, the court ordered the clerk of the court to open a separate case in which Plaintiff could prosecute his claims against Saunders County and Saunders County Jail. That case is docketed at 8:15CV81.

  The court must now review Plaintiff's claims against Lancaster County and Lancaster County Jail to determine whether summary dismissal is appropriate under 28 U.S.C. §§ 1915(e) and 1915A. The court must dismiss a complaint or any portion of it that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); 28 U.S.C. § 1915A(b). Here, the court cannot effectively conduct its initial review of Plaintiff's Complaint because it is unclear which allegations are lodged against Saunders County and which are lodged against Lancaster County.

On the court's own motion, Plaintiff will be given 30 days in which to file an amended complaint that sets forth only his claims against Lancaster County Jail and Lancaster County. <u>Any claims not presented in the amended complaint will be deemed abandoned</u>. If Plaintiff fails to file an amended complaint in accordance with this order, this case will be dismissed without further notice to him.

IT IS THEREFORE ORDERED that:

1. Plaintiff must file an amended complaint within 30 days that sets forth only his claims against Lancaster County Jail and Lancaster County. <u>Any claims not presented in the amended complaint will be deemed abandoned</u>. If Plaintiff fails to file an amended complaint in accordance with this order, this case will be dismissed without further notice to him.

2. The clerk's office is directed to send to Plaintiff a civil complaint form, which Plaintiff should use to assist him in drafting his amended complaint.

3. The clerk's office is directed to set a pro se case management deadline in this matter: April 27, 2015: Check for amended complaint; dismiss if none filed.

DATED this 25th day of March, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.