IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAMERON CHRISP, | ) | 8:14CV344 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CAMERON CHRISP, | ) | 8:15CV81 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SAUNDERS COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On August 12, 2015, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in these cases.

IT IS THEREFORE ORDERED that: These cases are dismissed without prejudice because Plaintiff failed to prosecute them diligently. Separate judgments will be entered in accordance with these orders.

DATED this 7th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge